IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEISAM SEDIGHI,<br><br>         Plaintiff,<br><br>vs.<br><br>FARRIS ENGINEERING, Inc. (Kate Breitenfeld);<br><br>         Defendant. | **8:25CV500**<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the Court on a motion filed by Plaintiff seeking to extend the deadline to file an amended complaint by 30 days. Filing No. 7. As cause, Plaintiff submits that additional time is needed to prepare his amended complaint due to needing to communicate with his out-of-state doctor to obtain information relevant to its preparation and due to Plaintiff's week-long illness. *Id.*

    Upon consideration,

    **IT IS ORDERED** that:

    1. Plaintiff's Motion, Filing No. 7, is granted. Plaintiff shall have until **December 10, 2025**, to file his amended complaint.

    2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "November 10, 2025: "check for amended complaint," and to set the following pro se case management deadline: **December 10, 2025**: check for amended complaint.

    3. Plaintiff is notified that if he seeks additional time to file his amended complaint, he must seek an extension by written motion no later than the December 10, 2025, deadline.

Dated this 3rd day of November, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge