IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEISAM SEDIGHI,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FARRIS ENGINEERING, Inc. (Kate Breitenfeld);<br><br>                    Defendant. | **8:25CV500**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on two essentially identical Motions for Extension of Time filed by Plaintiff on December 2 and December 8, 2025, respectively. Filing Nos. 11 & 12. Plaintiff seeks to extend his deadline to file an amended complaint by thirty days or until January 10, 2026.[1] Plaintiff submits that he needs additional time to prepare his amended complaint due to his full-time employment, full-time student status, and medical condition, due to which he sleeps between 10 to 12 hours on average. Plaintiff represents that this is the "final extension" he is requesting. *E.g.,* Filing No. 12 at 1. Upon consideration,

IT IS ORDERED that:

1.      Plaintiff's Motions for Extension of Time, Filing No. 11; Filing No. 12, are granted. Plaintiff shall have until **January 9, 2026**, to file his amended complaint.

2.      The Clerk's office is directed to terminate the previous pro se case management deadline of December 10, 2025, and to set a pro se case

---

[1] Plaintiff mistakenly requests an extension "up to and including January 10, *2025*." Filing No. 12 at 2 (emphasis omitted & italics added). The Court assumes Plaintiff means January 10, 2026, but that date falls on a Saturday and is not an appropriate deadline.

2

management deadline using the following text: **January 9, 2026**: check for amended complaint.

Dated this 9th day of December, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge