IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MEISAM SEDIGHI,

          Plaintiff,

vs.

FARRIS ENGINEERING, Inc. (Kate Breitenfeld);

          Defendant.

**8:25CV500**

**MEMORANDUM AND ORDER**

      This matter is before the Court on what has been docketed as Plaintiff's "Amended Motion to Amend," Filing No. 14, and the related "Attachment . . . regarding Amended Motion to Amend," Filing No. 15, filed on January 8, 2026. Plaintiff has been granted electronic filing access and docketed Filing Nos. 14 and 15 himself. Upon review, it is evident that Plaintiff intended Filing No. 14 as his Amended Complaint and Filing No. 15 as attachments to that Amended Complaint, which he filed in accordance with the Court's October 9, 2025, Memorandum and Order, Filing No. 6, and was due on January 9, 2026, *see* Filing No. 13. Accordingly,

      IT IS ORDERED that:

      1.    The Clerk's office is directed to terminate the motion event at Filing No. 14 and update the docket text for Filing No. 14 to reflect that it is Plaintiff's Amended Complaint.

      2.    The Clerk's office is further directed to update the docket text for Filing No. 15 to reflect that it is an Attachment to the Amended Complaint at Filing No. 14.


3.  Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims in his Amended Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 12th day of January, 2026.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge